UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01498-TLN-KJN |
| | No. 2:23-cv-01499-TLN-KJN |
| | No. 2:23-cv-01502-TLN-KJN |
| | No. 2:23-cv-01505-TLN-KJN |
| | No. 2:23-cv-01506-TLN-KJN |
| | No. 2:23-cv-01507-TLN-KJN |
| | No. 2:23-cv-01508-TLN-KJN |
| | No. 2:23-cv-01553-TLN-KJN |
| | No. 2:23-cv-01555-TLN-KJN |
| | No. 2:23-cv-01556-TLN-KJN |
| | **ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2: 18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2: 18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the
2 complaints/petitions filed in the cases listed in the caption above. The Court finds the
3 complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's
4 Alameda County conviction.

5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01498, 2:23-cv-01499, 2:23-cv-
6 01502, 2:23-cv-01505, 2:23-cv-01506, 2:23-cv-01507, 2:23-cv-01508, 2:23-cv-01553, 2:23-cv-
7 01555 and 2:23-cv-01556 are DISMISSED; the Clerk of the Court is directed to close these cases;
8 no further filings will be accepted in any of the above referenced cases.

9 Date:  August 8, 2023

_____
Troy L. Nunley
United States District Judge